UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2015 MAY 13 PM 4: 18

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:15-cr- |
| | ) | |
| NATHAN NORRIS, | ) | **1:15-cr-0095 SEB -MJD** |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

Count One
(18 U.S.C. § 545-Smuggling)

On or about January 29, 2014, NATHAN NORRIS, defendant herein, in the Southern

District of Indiana and elsewhere, did knowingly import or bring into the United States, any

merchandise contrary to law, specifically 19 U.S.C. § 1526 and 15 U.S.C. § 1124 as they relate

to the importation of merchandise bearing counterfeit marks.

All in violation of Title 18, United States Code, Section 545.

Count Two
(18 U.S.C. § 2320-Trafficking in Counterfeit Goods)

Beginning at a time unknown, but including November 20, 2012 up to and including July

15, 2014, in Marion County Indiana, within the Southern District of Indiana, and elsewhere,

NATHAN NORRIS, defendant herein, doing business as MUSICIAN'S SOLUTIONS, MY

MOBILE SUPPLY, THE OEM WORLD, and MIDWEST MUSIC SUPPLY did intentionally

traffic in goods, including but not limited to cellphone cases and accessories, and knowingly used

1

on or in connection with such goods a counterfeit mark, to wit a spurious mark identical to or

substantially indistinguishable from marks and logos of one or more of the following brands:

OTTERBOX, SPECK, APPLE, and GRIFFIN.   Such marks being in use and registered for those

goods on the principal register of the United States Patent and Trademark Office, the use of which

counterfeit mark is likely to cause confusion, to cause mistake, and to deceive.

All in violation of Title 18, United States Code, Section 2320.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Bradley P. Shepard
Assistant United States Attorney