AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Southern District of Indiana

**FILED**

MAY 27 2015

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

United States of America
v.

NATHAN NORRIS
_Defendant_

)
)
)
)
)
)
)
)

Case No.  1:15-cr-

**1:15-cr-0095 SEB -MJD**

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_    Nathan Norris
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:
Smuggling and Trafficking in Counterfeit Goods in violation of U.S.C., Title 18, §§ 545 and 2320.

CLERK OF COURT, Laura A. Briggs

BY: _____
_Deputy Clerk_

Date:   5/14/2015

City and state:    Indianapolis, Indiana

| Return |
|---|
| This warrant was received on _(date)_  05/27/2015 , and the person was arrested on _(date)_  05/27/2015  at _(city and state)_  Indianapolis, IN |
| Date:  05/27/2015 |

_Arresting officer's signature_

Jillian Beurer, DUSM
_Printed name and title_