UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) CAUSE NO. 1:15-cr-00095-SEB-DLM
)
NATHAN NORRIS, )
)
Defendant. )

## FINAL ORDER OF FORFEITURE

This matter is before the Court on the motion of the United States for a Final Order of

Forfeiture, and the Court being duly advised in the premises finds that the motion should be and

hereby is GRANTED. The Court finds as follows:

1. On October 6, 2020, this Court issued a Preliminary Order of Forfeiture against

the Defendant, Nathan Norris, forfeiting his interest in the following property to the United

States:

        a.      Assorted Counterfeit Cell Phone Accessories
               (Asset Identification Number 14-CBP-000551).

2. The United States gave notice of the forfeiture to any and all potential claimants

by posting notice on the official government internet forfeiture website for thirty (30)

consecutive days as required under 21 U.S.C. § 853(n)(1) and Rule G of the Supplemental Rules

for Admiralty or Maritime Claims and Asset Forfeiture Actions.

3. It appears from the record that no person has asserted a claim for any of the

subject property, and the time to do so has expired.

THEREFORE, IT IS NOW ORDERED, ADJUDGED and DECREED that the

Preliminary Order of Forfeiture issued on October 6, 2020, is hereby amended, so that, in addition to the forfeiture of any interest of the Defendant in the subject property, the interests of any and all potential third-party claimants in the subject property, are FORFEITED to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C), incorporating 18 U.S.C. § 1956(c)(7), incorporating 18 U.S.C. § 1961(1), and pursuant to 28 U.S.C. § 2461(c);

IT IS DECREED that all right, title, and interest in the subject property vested in the United States upon the commission of the criminal acts giving rise to the forfeiture.

IT IS FURTHER DECREED that this is a proper certificate under 28 U.S.C. § 2465, that there was reasonable cause for seizure of the subject property, and that neither any officer or employee of the United States who seized the property nor the prosecutor bringing this action will be liable to suit or judgment on account of this proceeding to forfeit the subject property.

The United States is hereby ORDERED to dispose of the property according to law.

SO ORDERED this date: 1/19/2021

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.